**STATE of Missouri, Respondent,**

v.

**William CONDIT, Appellant.**

**No. WD 52756.**

Missouri Court of Appeals,
Western District.

Submitted March 13, 1997.

Decided June 17, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 29, 1997.

Application to Transfer Denied
Sept. 30, 1997.

Rebecca L. Kurz, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and SMART and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

William Condit appeals the judgment of conviction for first degree murder and armed criminal action in the death of Charles Brown. On appeal, Condit challenges the sufficiency of the evidence on the issue of deliberation. He also challenges the admission of autopsy photographs.

Having fully considered the arguments of appellant, we affirm. Finding the decision to be without precedential value, we affirm by summary order pursuant to Rule 30.25(b). A memorandum of the reasons for our decision has been furnished the parties.